Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ERICH KNAUER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JON FRANKLIN, IN PERSONAM; AND THE F/V VIKING, OFFICIAL NUMBER 276959, HER ENGINES, MACHINERY, APPURTENANCES AND CARGO, IN REM,<br><br>　　　　Defendants. | Case No. 2:24-cv-00190-BJR<br><br>IN ADMIRALTY<br><br>**ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST IN PERSONAM DEFENDANT JON FRANKLIN** |

This matter comes before the Court on plaintiff's motion for entry of default judgment against the in personam defendant, Jon Franklin. Plaintiff has complied with local rule 55(b) and now seeks entry of default judgment on behalf of the plaintiff. The Court has received plaintiff's motion and declarations and hereby enters default judgment. The Court enters default judgment according to the following terms:

| | |
|---|---|
| Judgment Creditor | Erich Knauer |
| Judgment Debtor | Jon Franklin |
| Principle Amount | $17,660 |

**ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST IN PERSONAM DEFENDANT JON FRANKLIN - 1**
**CASE NO. 2:24-CV-00190-BJR**

**JOHN W. MERRIAM**
**4005 20th Avenue West, Suite 110**
**Seattle, Washington  98199**
**T (206) 729-5252 ♦ F (206) 729-1012**

| | |
|---|---|
| Wage Penalty (on $14,500, which does not include $1,200 for lost personal gear or $1,960 transportation expense) per RCW 49.52.050 and .070 | $14,500 |
| Pre-Judgment Interest on $17,660 @ 4.9% per annum from July 23, 2023 to October 7, 2024 | $1,020.16 |
| Attorney fees per RCW 49.48.030 (9.1 hours at $500/hour) | $4,550 |
| TOTAL JUDGMENT | $37,730.16 |

DONE this 7th day of October 2024.

By: *[signature: Barbara J. Rothstein]*
BARBARA J. ROTHSTEIN
United States District Court Judge

PRESENTED BY:

*/s/ John W. Merriam*
John W. Merriam, WSBA #12749
4005 20th Ave. West, Suite 110
Seattle, WA 98199
Ph: 206-729-5252
Fax: 206-729-1012
Em: John@ Merriam-maritimelaw.com
Attorney for Plaintiff

ORDER ON PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST IN PERSONAM DEFENDANT JON FRANKLIN - 2
CASE NO. 2:24-CV-00190-BJR

JOHN W. MERRIAM
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012